FILED

07/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0299

CINDY JO HANEY, PRO SE
PO BOX 355
224 ILLINOIS ST
CHINOOK, MT 59523
(406) 945-0813
chaneyjo@hotmail.com

Pro Se Appellant

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CAUSE NO. DA 23-0299

IN RE THE MARRIAGE OF:

CINDY JO HANEY,

    APPELLANT

vs.

BRYAN HANEY,

    APPELLEE

CAUSE NO: DA 23-0299

**ORDER TO EXTEND DEADLINE FOR APPELLANT'S OPENING BRIEF**

UPON Appellant's Motion For Extension Of Time To File Opening Brief, **IT IS HEREBY ORDRED** that the Appellant's motion is **GRANTED**, allowing an additional 30 days to file the Opening Brief on August 20,2023.

DATED this **20**th day of July 2023



ORDER TO EXTEND DEADLINE FOR APPELLANT'S OPENING BRIEF - 1

CINDY JO HANEY, PRO SE
PO BOX 355
224 ILLINOIS ST
CHINOOK, MT 59523
(406) 945-0813
chaneyjo@hotmail.com

Pro Se Appellant

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CAUSE NO. DA 23-0299

IN RE THE MARRIAGE OF:

CINDY JO HANEY,

       APPELLANT

       vs.

BRYAN HANEY,

       APPELLEE

CAUSE NO: DA 23-0299

**ORDER TO EXTEND DEADLINE FOR APPELLANT'S OPENING BRIEF**

    **UPON** Appellant's Motion For Extension Of Time To File Opening Brief, **IT IS HEREBY ORDRED** that the Appellant's motion is **GRANTED**, allowing an additional 30 days to file the Opening Brief on August 20,2023.

    DATED this_____day of July 2023

_____

ORDER TO EXTEND DEADLINE FOR APPELLANT'S OPENING BRIEF - 1